Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2023 NOV 22 AM 9:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>2:23-CR-00564-MWF -6 |
| Zoila Michelle ESTRADA<br>USMS# 10480-506     DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/21/2023 at 0630 ☒ AM ☐ PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18USC1957

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No   ☐ Yes   Language: ___

7. Year of Birth: 1987

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: Email

10. Remarks (if any): ___

11. Name: Carl White   (please print)

12. Office Phone Number: 805-297-6192

13. Agency: DEA

14. Signature: s/ Carl White

15. Date: 11/22/2023

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION