**Carlos L. Juárez, Esq.**          SBN 86196
**Law Office of Carlos L. Juarez**
**P.O. Box 2464**
**Riverside, CA 92516**
**Phone:   (951) 742-7354**
**Fax:       (951) 742-7358**
**E-Mail:   juarezlaw52@yahoo.com**

Attorney for Defendant,
ZOLIA MICHELLE ESTRADA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>ZOLIA MICHELLE ESTRADA,<br><br>            Defendant,<br><br>_____ | **Case No.: 2:23-CR-00564-MWF-6**<br><br>**(PROPOSED) ORDER RE: EX PARTE APPLICATION TO MODIFY BOND CONDITIONS** |

The Court, having considered the ex parte application to modify the bond conditions of pre-trial release, filed by Defendant Zolia Michelle Estrada, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT Edith Maldonado be added as a surety to other bond conditions.

All other terms and conditions remain in full effect.

_____        _____
Date                                          HONORABLE MICHAEL W. FITZGERALD
                                                  UNITED STATES DISTRICT JUDGE