**Carlos L. Juárez, Esq.**          SBN 86196
**Law Office of Carlos L. Juarez**
**P.O. Box 2464**
**Riverside, CA 92516**
**Phone:   (951) 742-7354**
**Fax:        (951) 742-7358**
**E-Mail:   juarezlaw52@yahoo.com**

Attorney for Defendant,
ZOLIA MICHELLE ESTRADA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00564-MWF-6 |
| Plaintiff, | |
| vs. | **ORDER RE: EX PARTE APPLICATION TO MODIFY BOND CONDITIONS** |
| ZOLIA MICHELLE ESTRADA, | |
| Defendant, | |

_____

The Court, having considered the ex parte application to modify the bond conditions of pre-trial release, filed by Defendant Zolia Michelle Estrada, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT Edith Maldonado be added as a surety to other bond conditions.

All other terms and conditions remain in full effect.

December 11, 2023
_____
Date

_____
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE  JUDGE