| RECORDING REQUESTED BY | 2023-0362108 |
|---|---|
| JACQUELINE & EDITH MALDONADO | 12/05/2023 02:13 PM Fee: $ 211.00 |
| WHEN RECORDED, MAIL TO: | Page 1 of 4 |
| | Recorded in Official Records |
| CLERK, U.S. DISTRICT COURT | County of Riverside |
| 255 EAST TEMPLE STREET, STE. TS-134 | Peter Aldana |
| LOS ANGELES, CA 90012 | Assessor-County Clerk-Recorder |
| |  |
| | 3036 |

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this __4__ day of __December__, __2023__, between __JACQUELINE MARQUEZ MALDONADO & EDITH MALDONADO__, herein called TRUSTOR, whose address is __41121 PASCALI LANE, LAKE ELSINORE, CA 92532__; __STEWART TITLE OF CALIFORNIA__ herein called TRUSTEE; and Clerk, U.S. District Court, Central District of California, herein called BENEFICIARY;

**WITNESSETH**: That Trustor irrevocably grants, transfers and assigns to trustee in trust, with power of sale, that property in __RIVERSIDE__ County, California, common address __41121 PASCALI LANE, LAKE ELSINORE, CA 92532__, legally described as: SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF BY REFERENCE

[FILED stamp: CENTRAL DISTRICT OF CALIFORNIA, DEC 20 2023, CLERK, U.S. DISTRICT COURT, BY ___ DEPUTY]

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph B(5) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the purpose of securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) __ZOILA MICHELLE ESTRADA__ in Case No. __23-CR-00564-MWF-6__, which includes an obligation by said Trustor(s) surety(ies) in the amount of $ __100,000.00__.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 | 1964 | 149774 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on pages 3-4 hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by law.

# EXHIBIT "A"
Legal Description

For APN/Parcel ID(s): 347-511-042

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LAKE ELSINORE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 90 OF TRACT NO. 25478, IN THE CITY OF LAKE ELSINORE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN ON THE SUBDIVISION MAP FILED IN BOOK 374, PAGES 80 THROUGH 94 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM, FOR THE BENEFIT OF GRANTOR, ITS SUCCESSORS IN INTEREST AND ASSIGNEES:

(A) ALL OIL RIGHTS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND RIGHTS TO ALL OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, TO ALL GEOTHERMAL HEAT AND TO ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING (COLLECTIVELY, THE SUBSURFACE RESOURCES') AND

(B) THE PERPETUAL RIGHT TO DRILL, MINE, EXPLORE AND OPERATE FOR AND TO PRODUCE, STORE AND REMOVE ANY OF THE SUBSURFACE RESOURCES ON OR FROM THE LOT, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE LOT, WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LOT, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS WITHIN OR BEYOND THE EXTERIOR LIMITS OF THE LOT, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY OF SUCH WELLS OR MINES, BUT WITHOUT THE RIGHT TO DRILL, MINE, EXPLORE, OPERATE, PRODUCE, STORE OR REMOVE ANY OF THE SUBSURFACE RESOURCES THROUGH OR IN THE SURFACE OR THE UPPER FIVE HUNDRED FEET (500') OF THE SUBSURFACE OF THE LOT.

PARCEL 2:

EASEMENTS FOR ACCESS, USE AND ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE MAP AND AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR ROSETTA CANYON, RECORDED ON NOVEMBER 24, 2004, AS INSTRUMENT NO. 2004-0941878 (TOGETHER WITH ANY AMENDMENTS THERETO, COLLECTIVELY, THE "DECLARATION ") AND IN THE NOTICE OF ADDITION OF TERRITORY AND SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR ROSETTA CANYON (LOTS 83 TO 93, 125 TO 133, 139 TO 141, 158 TO 163, 176 TO 180 AND H AND U OF TRACT NO. 25478; AND LOTS 235 TO 250 AND A, B, N AND O OF TRACT NO. 25479), RECORDED ON DECEMBER 1, 2005, AS INSTRUMENT NO. 2005-0995938 (TOGETHER WITH ANY AMENDMENTS THERETO, COLLECTIVELY, THE 'NOTICE"), BOTH OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA ("OFFICIAL RECORDS').

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to said Trustor at the address hereinbefore set forth.

X _____  JACQUELINE MARQUEZ MALDONADO
Signature of Trustor                    Print Name of Trustor

X _____Edith Maldonado_____  EDITH MALDONADO
Signature of Trustor                    Print Name of Trustor

State of __California__ ss.  County of __Los Angeles__

On __12/4/2023__ before me, __Adelina Sarian (NOTARY PUBLIC)__ personally appeared
(name, title of officer, i.e., "Jane Doe, Notary Public")

__Jacqueline Marquez Maldonado, Edith Maldonado__
proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

X _____
Signature

ADELINA SARIAN
Notary Public - California
Los Angeles County
Commission # 2448162
My Comm. Expires May 28, 2027

**CERTIFICATE OF RECORDATION**
(To be used only by Officer of the Clerk)

This is to certify that the interest in real property conveyed by the deed dated _____ from _____ to CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, a governmental agency, is hereby accepted by order of the Court on _____ and the grantee consents to recordation thereof by its duly authorized Deputy Clerk(s).

CLERK, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Date _____  By Deputy _____

**REQUEST FOR FULL RECONVEYANCE**
(To be used only when note has been satisfied)

Date _____ To _____, Trustee.

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

Mail Reconveyance To:                Clerk, U. S. District Court
                                     Central District of California


_____
Deputy Clerk

*Do not lose or destroy this Deed of Trust or THE NOTE which it secures.*
*Both must be delivered to the Trustee for cancellation before reconveyance will be made.*

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On 12/4/2023 before me, Adelina Sarian (NOTARY PUBLIC),
(here insert name and title of the officer)
personally appeared Jacqueline Marquez Maldonado Edith Maldonado
_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

(Seal)



ADELINA SARIAN
Notary Public - California
Los Angeles County
Commission # 2448162
My Comm. Expires May 28, 2027