Carlos L. Juárez, Esq.  SBN 86196
Law Office of Carlos L. Juarez
P.O. Box 2464
Riverside, CA 92516
Phone: (951) 742-7354
Fax: (951) 742-7358
E-Mail: juarezlaw52@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT
12/12/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

Attorney for Defendant,
ZOILA MICHELLE ESTRADA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   ) Case No.: 2:23-CR-00564-MWF-6
                            )
          Plaintiff,        ) DECLARATION OF EDITH
                            ) MALDONADO IN SUPPORT OF
     vs.                    ) EX PARTE APPLICATION TO
                            ) MODIFY CONDITIONS OF
ZOILA MICHELLE ESTRADA,     ) RELEASE
                            )
          Defendant,        )

## DECLARATION OF EDITH MALDONADO

I, Edith Maldonado, declare and state:

1. I am the mother of defendant Zoila Michelle Estrada. I agree to be added as an additional bond surety in my daughters' care.

2. Today, I reviewed the pleading entitled "Ex Parte Application of Defendant Zoila Michelle Estrada to Modify Conditions of Pretrial Supervised Release" (Doc.#64, 68). I have no objection to the requested modifications to conditions of pretrial supervised release, and agree that I be added as a bond surety.

PAGE - 1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December 2023, at Los Angeles, California.

_Edith Maldonado_
Edith Maldonado