**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 23-564-MWF-06 |
| v. | |
| 6. ZOILA MICHELLE ESTRADA, | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

ZOILA MICHELLE ESTRADA   ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute   STEVE ESCOVAR   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

78 Orange Place
*Street Address*

Pasadena, CA  91105            escovar@escovarlaw.com
*City, State, Zip*              *E-Mail Address*

(626) 577-7700       (626) 577-7749       174961
*Telephone Number*    *Fax Number*         *State Bar Number*

as attorney of record instead of   Carlos L. Juarez
                                   *List all attorneys from same firm or agency who are withdrawing.*

is hereby ☒ GRANTED   ☐ DENIED

☐ The Court hereby orders that the request of _____
*List all attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____
is hereby ☐ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  February 28, 2024

*[signature: Michael W. Fitzgerald]*
U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)   ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY