# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 23CR00564-MWF-6 |
| v. | |
| ZOILA MICHELLE ESTRADA, | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

ZOILA MICHELLE ESTRADA   ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute   COLIN RUDOLPH AND STEPHEN P. WHITE   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

401 WEST A STREET SUITE 200
*Street Address*

SAN DIEGO, CA, 92154          colin@therudolphfirm.com
*City, State, Zip*             *E-Mail Address*

619-321-7949       619-566-4746       338836 and 125276
*Telephone Number*   *Fax Number*       *State Bar Number*

as attorney of record instead of STEVE ESCOVAR

List **all** attorneys from same firm or agency who are withdrawing.

is hereby ☒ GRANTED   ☐ DENIED

☐ The Court hereby orders that the request of _____

List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____
is hereby ☐ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   April 3, 2024

*[signature: Michael W. Fitzgerald]*

U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY